UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

BYBROOK CAPITAL MASTER FUND LP, and
BYBROOK CAPITAL HAZELTON MASTER
FUND LP,

        Plaintiffs,

    v.

THE REPUBLIC OF ARGENTINA,

        Defendant.

1:15-cv-02369

---

## NOTICE OF VOLUNTARY PARTIAL DISMISSAL
## WITHOUT PREJUDICE UNDER FED. R. CIV. P. 41(a)(1)(A)(i)

PLEASE TAKE NOTICE that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Defendant Republic of Argentina having not yet served an answer to the Complaint or motion for summary judgment in the above-entitled action, Plaintiffs Bybrook Capital Master Fund LP and Bybrook Hazelton Master Fund LP (together, "Plaintiffs"), hereby dismiss, without prejudice and without costs to any party, Plaintiffs' Eighth Claim for Relief for breach of contract on the US040114AH34 Bonds and Plaintiffs' Tenth Claim for Relief for specific enforcement of the Equal Treatment Provisions of the 1993 FAA and 1993 FAA Prospectus and for injunctive relief.

Dated: April 14, 2015
      New York, New York

                                DUANE MORRIS LLP

By: */s/ Anthony J. Costantini/*
Anthony J. Costantini (AC6633)
E-mail: ajcostantini@duanemorris.com
Suzan Jo (SJ1974)
E-mail: sjo@duanemorris.com
Kevin P. Potere (KP0789)
Email: kppotere@duanemorris.com
1540 Broadway
New York, NY 10036-4086
Telephone: +1 212 692 1000
Fax: +1 212 692 1020

Attorneys for Plaintiffs