**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| BYBROOK CAPITAL MASTER FUND LP, and BYBROOK CAPITAL HAZELTON MASTER FUND LP,<br><br>Plaintiffs,<br><br>v.<br><br>THE REPUBLIC OF ARGENTINA,<br><br>Defendant. | No. 1:15-cv-02369-LAP<br><br>**JUDGMENT** |

Plaintiffs Bybrook Capital Master Fund LP ("**Bybrook Master**") and Bybrook Capital Hazelton Master Fund LP ("**Bybrook Hazelton**" and together with Bybrook Master, "**Plaintiffs**"), having moved this Court for an Order of Summary Judgment, and the Court having granted summary judgment on that motion.

NOW, it is hereby **ORDERED, ADJUDGED, AND DECREED** that the Plaintiff shall recover from the Defendant the Republic of Argentina (the "**Republic**") as follows:[1]

1. With respect to the claim of Bybrook Master to recover on its beneficial interest in the principal amounts of 1) $500,000 of the 11.375% Bond due January 30, 2017, ISIN US040114AR16, 2) $727,000 of the 9.750% Bond due September 19, 2027, ISIN US040114AV28, 3) $778,000 of the 11.75% Bond due April 7, 2009, ISIN US04011BE93, 4) $41,000 of the 12.00% Bond due February 1, 2020, ISIN US040114FB19, 5) $217,000 of the 11.375% Bond due March 15, 2010, ISIN US040114FC91, 6) $3,075,000 of the 11.75% Bond due June 15, 2015, ISIN US040114GA27, and 7) $315,000 of the 12.375% Bond due February 21,

---

[1] All amounts herein are calculated as of August 14, 2024.

2012, ISIN US040114GD65: Bybrook Master shall recover from the Republic a total of $22,712,587.16, comprised as set forth below:

   a.   With respect to ISIN US040114AR16, Bybrook Master shall recover $1,982,489.49, *plus* any interest that has accrued since August 14, 2024 until the date of entry of this Judgment, in the per diem amount of $368.35.

   b.   With respect to ISIN US040114AV28, Bybrook Master shall recover $2,551,945.25, plus any interest that has accrued since August 14, 2024 until the date of entry of this Judgment, in the per diem amount of $459.06.

   c.   With respect to ISIN US04011BE93, Bybrook Master shall recover $3,229,662.08, plus any interest that has accrued since August 14, 2024 until the date of entry of this Judgment, in the per diem amount of $603.31.

   d.   With respect to ISIN US040114FB19, Bybrook Master shall recover $169,193.40, plus any interest that has accrued since August 14, 2024 until the date of entry of this Judgment, in the per diem amount of $31.86.

   e.   With respect to ISIN US040114FC91, Bybrook Master shall recover $853,148.81, plus any interest that has accrued since August 14, 2024 until the date of entry of this Judgment, in the per diem amount of $159.86.

   f.   With respect to ISIN US040114GA27, Bybrook Master shall recover $12,600,518.45, plus any interest that has accrued since August 14, 2024 until the date of entry of this Judgment, in the per diem amount of $2,384.55.

   g.   With respect to ISIN US040114GD65, Bybrook Master shall recover $1,325,629.68, plus any interest that has accrued since August 14, 2024 until the date of entry of this Judgment, in the per diem amount of $252.46.

2. With respect to the claim of Bybrook Hazelton to recover on its beneficial interest in the principal amounts of 1) $431,000 of the 11.375% Bond due January 30, 2017, ISIN US040114AR16, and 2) $15,000 of the 9.750% Bond due September 19, 2027, ISIN US040114AV28: Bybrook Hazelton shall recover from the Republic a total of $1,761,559.51, comprised as set forth below:

   a. With respect to ISIN US040114AR16, Bybrook Hazelton shall recover $1,708,905.90, plus any interest that has accrued since August 14, 2024 until the date of entry of this Judgment, in the per diem amount of $317.51.

   b. With respect to ISIN US040114AV28, Bybrook Master shall recover $52,653.61, plus any interest that has accrued since August 14, 2024 until the date of entry of this Judgment, in the per diem amount of $9.47.

It is further **ORDERED** that, until further notice from the Court, Plaintiff must refrain from selling or otherwise transferring their beneficial interests in the bonds involved in this action without advising the Court in advance and obtaining permission of the Court.

Dated: August 14, 2024
New York, New York

*Loretta A. Preska*
Loretta A. Preska
Senior United States District Judge