# CLEARY GOTTLIEB STEEN & HAMILTON LLP

AMERICAS
NEW YORK
SAN FRANCISCO
SÃO PAULO
SILICON VALLEY
WASHINGTON, D.C.

ASIA
BEIJING
HONG KONG
SEOUL

One Liberty Plaza
New York, NY 10006-1470
T: +1 212 225 2000
F: +1 212 225 3999

clearygottlieb.com

D: +1 (212) 225-2508
cboccuzzi@cgsh.com

EUROPE & MIDDLE EAST
ABU DHABI
BRUSSELS
COLOGNE
FRANKFURT
LONDON
MILAN
PARIS
ROME

July 15, 2025

**VIA ECF**

The Honorable Loretta A. Preska
U.S. District Court for the Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007

  Re: *Attestor Master Value Fund L.P. v. The Republic of Argentina,* No. 14-cv-5849 (LAP)

Dear Judge Preska:

  This firm represents the Republic of Argentina (the "Republic") in the above-captioned case. We write with the consent of plaintiff Attestor Master Value Fund L.P. ("Attestor") concerning Attestor's "me too" motion for turnover, dated July 3, 2025, ECF No. 196 (the "Turnover Motion"), and the parties' proposal for next steps.[1]

---

[1] This joint letter applies to the duplicative motions for turnover filed on July 3, 2025 in the following actions: *Trinity Investments Limited v. Republic of Argentina,* Nos. 14 Civ. 10016, 15 Civ. 9982, 15 Civ. 5886, 15 Civ. 2611, 16 Civ. 1436, 15 Civ. 1588; *Bybrook Capital Master Fund LP and Bybrook Capital Hazelton Master Fund v. Republic of Argentina,* Nos. 15 Civ. 2369, 15 Civ. 7367, 16 Civ. 1192, 21 Civ. 2060; *White Hawthorne, LLC v. Republic of Argentina,* Nos. 15 Civ. 9601, 15 Civ. 4767; *White Hawthorne LLC and White Hawthorne II LLC v. Republic of Argentina,* No. 16 Civ. 1042; and *Bison Bee v. Republic of Argentina,* No. 18 Civ. 3446.

Hon. Loretta Preska, p. 2

The parties have conferred and respectfully request that the date for any opposition by the Republic to the Turnover Motion be adjourned from the current due date, which under the Federal Rules would be this Thursday, July 17, until no earlier than seven (7) days after the Court of Appeals for the Second Circuit issues a decision on the Republic's Emergency Motion for Stay Pending Appeal (the "Stay Motion") filed on July 10, 2025. *Bainbridge Fund LTD v. The Republic of Argentina,* No. 25-1686, ECF 6.1 (July 10, 2025).[2] *See* Order, ECF 16.1, dated July 15, 2025 (granting administrative stay pending decision by three-judge panel on the Stay Motion).

Following a decision of the Second Circuit on the Stay Motion, the parties will meet and confer as to next steps in this proceeding.

Respectfully,

Carmine D. Boccuzzi, Jr.

cc: All Counsel of Record (via ECF)

```
The request is granted.  The Republic's opposition is adjourned
until seven days after the Court of Appeals issues a decision on the
Republic's Emergency Motion for Stay Pending Appeal filed on July
10, 2025.  The Clerk of the Court shall docket this order on each of
the following cases and close the specified dkt. nos.: (1) dkt. no.
199 in 14 Civ. 5849; (2)  dkt. no. 125 in 14 Civ. 10016; (3) dkt.
no. 129 in 15 Civ. 1588; (4) dkt. no. 107 in 15 Civ. 2369; (5) dkt.
no. 121 in 15 Civ. 2611; (6) dkt. no. 112 in 15 Civ. 4767; (7) dkt.
no. 126 in 15 Civ. 5886; (8) dkt. no. 107 in 15 Civ. 7367; (9) dkt.
no. 69 in 15 Civ. 9601; (10) dkt. no. 92 in 15 Civ. 9982; (11) dkt.
no. 94 in 16 Civ. 1042; (12) dkt. no. 98 in 16 Civ. 1192; (13) dkt.
no. 110 in 16 Civ. 1436; (14) dkt. no. 83 in 18 Civ. 3446; and (15)
dkt. no. 56 in 21 Civ. 2060.  SO ORDERED.
```

Loretta A. Preska
United States District Judge

July 16, 2025
New York, New York

---

[2] *See also Petersen Energía Inversora S.A.U. et al v. Argentine Republic,* No. 25-1687, ECF15.1 (July 10, 2025); *Eton Park Capital Management, L.P. et al v. Argentine Republic,* No. 25-1689, ECF 14.1 (July 10, 2025).